1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8    CENTER FOR BIOLOGICAL DIVERSITY,          No.  CV 13-05142 MEJ

9                  Plaintiff,                  **ORDER**

10      v.

11    MCCARTHY,

12                  Defendant.

13    _____/

14    GOOD CAUSE APPEARING THEREFOR,

15           IT IS ORDERED that this case is reassigned to the **Honorable Saundra B. Armstrong** in

16    the **Oakland division** for all further proceedings. Counsel are instructed that all future filings shall

17    bear the **initials SBA** immediately after the case number. All hearing dates presently scheduled are

18    vacated and motions should be renoticed for hearing before the judge to whom the case has been

19    reassigned. Briefing schedules remain unchanged. *See* Civil L.R. 7-7(d). Matters for which a

20    magistrate judge has already issued a report and recommendation shall not be rebriefed or noticed

21    for hearing before the newly assigned judge; such matters shall proceed in accordance with Fed. R.

22    Civ. P. 72(b).

23
24                                             FOR THE EXECUTIVE COMMITTEE:
25
26    Dated:  December 12, 2013

27    rev 4-12                                 Richard W. Wieking
                                               Clerk of Court
28

**United States District Court**
**For the Northern District of California**