ROBERT G. DREHER
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
LESLIE M. HILL (D.C. Bar No. 476008)
Leslie.Hill@usdoj.gov
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C.  20004
Telephone (202) 514-0375
Facsimile (202) 514-8865

*Attorneys for Defendant*

[additional counsel listed in signature block]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br>         Plaintiff,<br><br>   v.<br><br>GINA McCARTHY, in her official capacity as the Administrator of the United States Environmental Protection Agency,<br><br>         Defendant. | Case No.: 4:13-cv-5142-SBA<br><br>**JOINT STIPULATION EXTENDING TIME FOR DEFENDANT TO FILE ANSWER AND [PROPOSED] ORDER** |

Pursuant to Fed. R. Civ. P. 12(a)(2), Defendant's answer or other response to Plaintiff's Complaint for Declaratory and Injunctive Relief (Dkt. No. 1) is due January 13, 2014.  Plaintiff expects to file an amended complaint by January 27, 2014.  The parties, therefore, stipulate and agree that Defendant shall answer or otherwise respond to Plaintiff's amended complaint within 60 days from Plaintiff's filing of its amended complaint.  This extension will not alter the date of any event or any deadline already fixed by Court order.

Respectfully submitted,

Date: December 30, 2013

        ROBERT G. DREHER
        Acting Assistant Attorney General
        Environment and Natural Resources Division

        _____/s/ Leslie M. Hill_____
        LESLIE M. HILL (D.C. Bar No. 476008)
        U.S. Department of Justice
        Environment & Natural Resources Division
        Environmental Defense Section
        601 D Street N.W., Suite 8000
        Washington D.C.  20004
        Leslie.Hill@usdoj.gov
        Telephone (202) 514-0375
        Facsimile (202) 514 8865

        *Attorney for Defendant*

Date: December 15, 2013

        /s/ electronic mail authorization 12/15/13
        ROBERT UKEILEY
        Law Office of Robert Ukeiley
        507 Center Street
        Berea, KY 40403
        Telephone (859) 986-5402
        rukeiley@igc.org

        JONATHAN EVANS (Cal. Bar. No. 247376)
        351 California St., Suite 600
        San Francisco, CA 94104
        Telephone: (415) 436-9682, x318
        Facsimile: (415) 436-9683
        jevans@biologicaldiversity.org

        *Attorneys for Plaintiff*

1 **[PROPOSED] ORDER**

2 Pursuant to Stipulation, **IT IS SO ORDERED**.

3 DATED this  31st  day of  December , 2013.

_Saundra B. Armstrong_
Saundra Brown Armstrong
United States District Judge