1

SAM HIRSCH
Acting Assistant Attorney General

2

Environment & Natural Resources Division

3

United States Department of Justice
LESLIE M. HILL (D.C. Bar No. 476008)

4

Leslie.Hill@usdoj.gov
Environmental Defense Section

5

601 D Street N.W., Suite 8000

6

Washington D.C.  20004
Telephone (202) 514-0375

7

Facsimile (202) 514-8865

8

Attorneys for Defendant

9

[Additional counsel listed on signature page]

10

# IN THE UNITED STATES DISTRICT COURT

11

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

### SAN FRANCISCO DIVISION

13

14

15

CENTER FOR BIOLOGICAL

16

DIVERSITY,

                    Plaintiff,

17

18

         v.

19

GINA McCARTHY, in her official capacity
as the Administrator of the United States

20

Environmental Protection Agency,

21

                    Defendant.

22

Case. No. 4:13-cv-05142-SBA

**JOINT REQUEST TO CONTINUE
DISPOSITIVE MOTION HEARING
AND [PROPOSED] ORDER**

Date: July 29, 2014
Time: 1:00 p.m.
Location: Courtroom 1

23

24

        Pursuant to Civil L.R. 6-2, Plaintiff Center for Biological Diversity and Defendant

25

Gina McCarthy in her official capacity as the Administrator of the United States

26

Environmental Protection Agency ("EPA") hereby request an order continuing the

27

dispositive motion hearing deadline set for July 29, 2014 (Dkt. No. 24) to November 4,

28

2014.

1    The parties have reached a tentative agreement on the key terms of a proposed

2    settlement that would fully resolve the claims currently in this case without further

3    litigation and have memorialized that agreement in a draft proposed Consent Decree that

4    is almost complete.  Undersigned counsel will then submit the proposed Consent Decree

5    to their respective parties for final approval.  Approval of the settlement on behalf of

6    Defendant requires review and approval by the appropriate officials of the U.S.

7    Environmental Protection Agency ("EPA") and the U.S. Department of Justice as well as

8    compliance with 42 U.S.C. § 7413(g).  Approval of the settlement on behalf of Plaintiff

9    requires review and approval by various decision makers in the Center for Biological

10   Diversity.

11   Upon approval of the parties, Defendant will lodge a proposed Consent Decree

12   with the Court.  The proposed Consent Decree should not be signed or entered by the

13   Court at that time.  Pursuant to section 113(g) of the Clean Air Act, 42 U.S.C. § 7413(g),

14   the Consent Decree is not final and cannot be entered by the Court until the EPA

15   Administrator provides "a reasonable opportunity by notice in the Federal Register to

16   persons who are not named as parties or intervenors to the action" to comment in writing

17   upon the proposed decree.  After a reasonable public comment period, the EPA

18   Administrator and the Attorney General, as appropriate, will promptly consider any

19   written comments received.  Id.  If the federal government elects not to withdraw or

20   withhold consent to the proposed Consent Decree, Defendant will promptly file a motion

21   requesting that the Court enter the Consent Decree as to the claims currently in the case.

22   Plaintiff has also moved to add a third claim to this case.  (Dkt. No. 27).  The

23   Court has yet to rule on Plaintiff's motion so the parties do not yet know the scope of

24   dispositive motions.

25   Accordingly, the parties stipulate to and request that the Court continue the

26   dispositive motion hearing deadline set for July 29, 2014 (Dkt. No. 24) to November 4,

27   2014 in light of the tentative agreement as to the existing claims and the uncertainty over

28   the additional claim.

1  Respectfully submitted,

2  Date: June 19, 2014

3                                          SAM HIRSCH
                                           Acting Assistant Attorney General
4                                          Environment and Natural Resources Division

5

6                                           /s/ Leslie M. Hill
                                           _____
7                                          LESLIE M. HILL (D.C. Bar No. 476008)
                                           U.S. Department of Justice
8                                          Environment & Natural Resources Division
                                           Environmental Defense Section
9                                          601 D Street N.W., Suite 8000
                                           Washington D.C.  20004
10                                         Leslie.Hill@usdoj.gov
                                           Telephone (202) 514-0375
11                                         Facsimile (202) 514-8865

12

13                                         *Attorneys for Defendant*

14  Of Counsel:

15
    Stephanie L. Hogan
16  Karen Bennett Bianco
    Office of General Counsel
17  United States Environmental Protection Agency

18

19

20

21

22

23

24

25

26

27

28

1   Date: June 19, 2014

2

3                                                 /s/ Robert Ukeiley (email authorization 6/19/14)

4                                          ROBERT UKEILEY (Admitted *Pro Hac Vice*)
                                           Law Office of Robert Ukeiley
5                                          507 Center Street
                                           Berea, KY 40403
6                                          Telephone (859) 986-5402
                                           rukeiley@igc.org
7

8                                          *Attorneys for Plaintiff*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2        Pursuant to Stipulation, IT IS SO ORDERED, and the deadline for dispositive

3   motions hear is hereby reset to November 4, 2014, at 1:00 pm in Courtroom 1.

4        DATED this _26th_ day of June, 2014.

5

6                                                  _____
                                                   SAUNDRA BROWN ARMSTRONG
7                                                  United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT REQUEST FOR CONTINUANCE OF
DISPOSITIVE MOTION HEARING DEADLINE AND [Proposed] ORDER
CASE NO. 4:13-cv-05142-SBA