1  JOHN C. CRUDEN
   Assistant Attorney General
2  Environment & Natural Resources Division
   United States Department of Justice
3  LESLIE M. HILL (D.C. Bar No. 476008)
4  Leslie.Hill@usdoj.gov
   Environmental Defense Section
5  601 D Street N.W., Suite 8000
   Washington D.C.  20004
6  Telephone (202) 514-0375
7  Facsimile (202) 514-8865

8  Attorneys for Defendant

9  [Additional counsel listed on signature page]

10
11        **IN THE UNITED STATES DISTRICT COURT**

12        **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

13        **SAN FRANCISCO DIVISION**

14

15  CENTER FOR BIOLOGICAL          | Case No. 4:13-cv-05142-SBA
16  DIVERSITY,                     | **JOINT STIPULATION TO EXTEND**
                   Plaintiff,      | **DEADLINE FOR MOTION FOR**
17                                 | **FEES AND [PROPOSED] ORDER**
18        v.

19  GINA McCARTHY, in her official capacity
    as the Administrator of the United States
20  Environmental Protection Agency,

21                   Defendant.

22

23
24        Pursuant to Civil L.R. 6-2, Plaintiff Center for Biological Diversity and Defendant

25  Gina McCarthy in her official capacity as the Administrator of the United States

26  Environmental Protection Agency ("EPA") hereby request an order extending the

27  deadline for Plaintiff's motion for costs of litigation, including attorneys' fees, until April

28  14, 2015.  In support of this stipulation, the parties state the following:

The Court entered a Consent Decree resolving the substance of this case on October 14, 2014.  Dk. #40.  The Consent Decree did not resolve the issue of costs of litigation (including attorneys' fees).  Rather, it extended the deadline for Plaintiff to file a motion for attorneys' fees for 90 days and required the parties to seek to resolve informally any claim for attorneys' fees during this period.  *Id.* at ¶ 10.

The parties have reached a tentative agreement on the key terms of a proposed settlement regarding the issue of costs of litigation, including attorneys' fees. Undersigned counsel will submit the proposed settlement agreement to their respective managements for final approval.

Upon approval of the parties' managements, the parties will sign the settlement agreement.  Once the payment is made and the remaining obligation in the Consent Decree is completed, the parties will request that the Court dismiss this case with prejudice.

Accordingly, the parties stipulate to and request that the Court continue the deadline for filing a motion for costs of litigation, including attorneys' fees, until April 14, 2015.

Respectfully submitted,

Date: January 9, 2015

JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources Division


 /s/ Leslie M. Hill (w/ permission RU 1/9/15)
LESLIE M. HILL (D.C. Bar No. 476008)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C.  20004
Leslie.Hill@usdoj.gov
Telephone (202) 514-0375
Facsimile (202) 514-8865

1

*Attorneys for Defendant*

2

Of Counsel:

3

4

Stephanie L. Hogan
Karen Bennett Bianco
Office of General Counsel
United States Environmental Protection Agency

5

6

7

Date: January 9, 2015

8

9

/s/ Robert Ukeiley

10

ROBERT UKEILEY (Admitted *Pro Hac Vice*)
Law Office of Robert Ukeiley
255 Mountain Meadows Road
Boulder, CO 80302
Tel: (303) 442-4033
rukeiley@igc.org

11

12

13

14

*Attorneys for Plaintiff*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2       Pursuant to Stipulation, IT IS ORDERED that the deadline for filing a motion for

3   costs of litigation, including attorneys' fees, is hereby extended to April 14, 2015.

4       DATED this ___9th__ day of January, 2015.

5

6                                      _____

7                                      SAUNDRA BROWN ARMSTRONG
                                       United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28